IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                       Cr. No. 17-CR-10040-STA

DONTOREUS DOUGLAS,

    Defendant.

---

**ORDER**

---

Upon the Agreed Motion of the Defendant and the United States Attorney to Continue the February 12, 2018 trial date;

IT IS HEREBY ORDERED that the Defendant's trial date be and hereby is continued and a new scheduling order will be developed.

                                                              s/S. Thomas Anderson
                                                               S. THOMAS ANDERSON
                                                               UNITED STATES DISTRICT JUDGE

                                                               Date: 12/22/2017