# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Cr. No. 17-10040-STA |
| **DONTOREUS DOUGLAS,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER ON SUPPLEMENTAL BRIEFING

Before the Court is Defendant Dontoreus Douglas's Motion to Dismiss (ECF No. 46) filed on June 27, 2018. The Court has held Defendant's Motion to Dismiss in abeyance, pending the decision of the United States Court of Appeals for the Sixth Circuit in *United States v. Kenneth Jackson*, No. 17-3896. On March 12, 2019, the Sixth Circuit issued a decision for publication in the *Jackson* case. The Court finds that supplemental briefing from the parties on *Jackson* would assist the Court in its determination of Defendant's Motion to Dismiss. Therefore, the parties are directed to prepare and file supplemental briefing on *Jackson* addressing whether *Jackson* controls the outcome in this case. The parties' supplemental briefs are due on or before April 12, 2019.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: March 12, 2019

1